UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

ANTHONY RYPKA, JR.,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr.



07 CRIM. 980



ORIGINAL

## COUNT ONE

The Grand Jury charges:

1. On or about June 12, 2006, in the Southern District of New York, ANTHONY RYPKA, JR., the defendant, unlawfully, willfully, and knowingly did receive and distribute material containing child pornography that had been mailed and shipped and transported in interstate or foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(2)(B).)

## COUNT TWO

The Grand Jury further charges:

2. In or about September 2006, in the Southern District of New York, ANTHONY RYPKA, JR., the defendant, unlawfully, willfully, and knowingly did possess computer files

and other materials that contained images of child pornography that had been mailed, and shipped, and transported in interstate or foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

COUNT THREE

The Grand Jury further charges:

3. In or about September 2006, in the Southern District of New York, ANTHONY A. RYPKA, JR., the defendant, unlawfully, willfully, and knowingly did possess a machinegun, to wit, RYPKA possessed a .45 automatic Thompson/Colt, model 1921, fully automatic sub-machine gun.

(Title 18, United States Code, Section 922(o).)

COUNT FOUR

The Grand Jury further charges:

4. In or about September 2006, in the Southern District of New York, ANTHONY A. RYPKA, JR., the defendant, unlawfully, willfully, and knowingly did receive and possess a firearm which is not registered to him in the National Firearms

Registration and Transfer Record, to wit, a .45 automatic Thompson/Colt, model 1921, fully automatic sub-machine gun.

(Title 26, United States Code, Section 5861(d).)

_____        _____
FOREPERSON                                  MICHAEL J. GARCIA
                                            United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY RYPKA, JR.,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 922(o), 2252A(a)(2)(B), and 2252A(a)(5)(B); 26 U.S.C. § 5861(d).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.