# QUINN & MELLEA, L.L.P.

ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603

ANDREW C. QUINN
PHILIP J. MELLEA
ROSA LUNA-MOLÉ*
BRUNO V. GIOFFRE, JR.◆
ANTHONY J. DIFIORE**

\* MEMBER NY & NJ BAR
◆ MEMBER NY, CT & FL BAR
\*\* MEMBER NY & CT BAR

TELEPHONE (914) 997-0555
FACSIMILE (914) 997-0550

CHRISTINA EANNIELLO
LEGAL ASSISTANT

January 2, 2008

VIA FACSIMILE

The Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Application granted. Conference now scheduled for
_Feb 21, 2008_ at _9:15_.
Time is excluded under the Speedy Trial Act through
_Feb 21, 2008_.
SO ORDERED. _Charles L. Brieant_ U.S.D.J.
Dated: _1-3-08_

Re:   In re: Anthony Rypka
      Indictment No. 07 Cr. 980

Dear Judge Brieant:

Please be advised that the undersigned represents the Defendant Anthony Rypka in the above-referenced matter. In accordance with the Court's scheduling Order, motions to be filed on behalf defendant Rypka are due on Friday, December 21, 2007. I have spoken with AUSA Nicholas McQuaid, seeking an extension of time for which defense motions must be filed. The reason for this request includes our joint efforts to complete discovery. In furtherance thereof, the government has agreed to permit our expert access to the defendant's computer for forensic examination on January 8, 2008. Once Discovery is concluded, defendant Rypka shall be better able to file a complete motion.

Consequently, I respectfully request an extension of the time in which to file motions on behalf of defendant Rypka to January 15, 2008. AUSA McQuaid has consented to this request. By this letter, defendant Rypka waives all applicable periods under the Speedy Trial Act.

Additionally, in compliance with communications had between the parties, I respectfully request that the Court schedule a date for oral argument relative to these motions on February 21, 2008 at 9:15 a.m. This date has been agreed to by all parties.

Thank you for your time and attention to this matter. Should you have any questions, please do not hesitate to call.

Very truly yours,

Quinn & Mellea, LLP

Andrew C. Quinn, Esq.

ACQ:ce

cc:   AUSA Nicholas McQuaid
      John Patten, Esq.

# QUINN & MELLEA, L.L.P.

ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603

ANDREW C. QUINN
PHILIP J. MELLEA
ROSA LUNA-MOLÉ*
BRUNO V. GIOFFRE, JR.⁺
ANTHONY J. DIFIORE**

* MEMBER NY & NJ BAR
⁺ MEMBER NY, CT & FL BAR
** MEMBER NY & CT BAR

TELEPHONE (914) 997-0555
FACSIMILE (914) 997-0550

CHRISTINA EANNIELLO
LEGAL ASSISTANT

December 19, 2007

*VIA FACSIMILE*

The Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

07 CR 980 (CLB)

Re:   In re: Anthony Rypka
      Index No. 800027/2006

Dear Judge Brieant:

Please be advised that the undersigned represents the Defendant Anthony Rypka in the above-referenced matter. In accordance with the Court's scheduling Order, motions to be filed on behalf defendant Rypka are due on Friday, December 21, 2007. I have spoken with AUSA Nicholas McQuaid, seeking an extension of time for which defense motions must be filed. The reason for this request includes our joint efforts to complete discovery. In furtherance thereof, the government has agreed to permit our expert access to the defendant's computer for forensic examination on January 8, 2008. Once Discovery is concluded, defendant Rypka shall be better able to file a complete motion.

Consequently, I respectfully request an extension of the time in which to file motions on behalf of defendant Rypka to January 15, 2008. AUSA McQuaid has consented to this request. By this letter, defendant Rypka waives all applicable periods under the Speedy Trial Act.

Thank you for your time and attention to this matter. Should you have any questions, please do not hesitate to call.

Very truly yours,

Quinn & Mellea, LLP

Andrew C. Quinn, Esq.

ACQ:ce

cc:   AUSA Nicholas McQuaid
      John Patten, Esq.