# QUINN & MELLEA, L.L.P.

### ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603

TELEPHONE (914) 997-0555
FACSIMILE (914) 997-0550

ANDREW C. QUINN
PHILIP J. MELLEA
───────
ROSA LUNA-MOLÉ*
BRUNO V. GIOFFRE, JR.♦
ANTHONY J. DIFIORE**

* MEMBER NY & NJ BAR
♦ MEMBER NY, CT & FL BAR
** MEMBER NY & CT BAR

CHRISTINA EANNIELLO
LEGAL ASSISTANT

January 31, 2008

*VIA FEDERAL EXPRESS*

The Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   In re: Anthony Rypka
      Indictment No. 07 Cr. 980

**MEMO ENDORSED**
*Application Granted —
So Ordered
February 4, 2008*
*Charles L. Brieant*
USDJ

Dear Judge Brieant:

As you are aware, the undersigned represents the Defendant Anthony Rypka in the above-referenced matter. Please allow this letter to serve as a request for a modification of Defendant Rypka's pretrial home confinement condition, which were initially set by Magistrate Fox on July 6, 2007.

As presently established, Defendant Rypka is mandated to remain inside his residence at all times, and is subject to electric home monitoring, with the limited exceptions of visits to his Pretrial Services Officer, court appearances, and pre-approved appointments with counsel. Since the establishment of these conditions, Defendant Rypka has successfully maintained compliance with these conditions.

By this correspondence, it is respectfully requested that this Court modify Defendant Rypka's pretrial home confinement to allow Defendant Rypka three (3) hours of free time per week to complete necessary errands, as overseen by the Pretrial Services Officer. All such free time shall be on notice to the Pretrial Services Officer, and Defendant Rypka shall identify the purpose for which the three (3) hours of free time is to be used.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

MICROFILM  FEB 15 2008

Additionally, it is respectfully requested that the Court modify Defendant Rypka's pretrial home confinement to allow him to accompany his wife to a medical visit on February 5, 2008 at 2:00 p.m., and any additional medical visits that may be scheduled following February 5, 2008. Once again, any and all such visits shall be on notice and overseen by Defendant Rypka's Pretrial Services Officer.

Please be advised that I have spoken with AUSA Nicholas McQuaid, who has consented to this request.

Thank you for your time and attention to this matter. Should you have any questions, please do not hesitate to call.

Very truly yours,

Quinn & Mellea, LLP

Andrew C. Quinn, Esq.

ACQ:ce

cc:  AUSA Nicholas McQuaid
     John Patten, Esq.
     Anthony Rypka
     Cynthia Labrovic, Pretrial Services Officer