UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------
UNITED STATES OF AMERICA

    -against-

                                               07 cr 980 (CLB)
ANTHONY RYPKA                             Notice of Appearance

              Defendant

------------------------------------------------------------

PLEASE TAKE NOTICE that John D. Patten Esq hereby files notice that he appears

As Co Counsel with Andrew Quinn Esq in the above captioned matter.

                                              Yours Etc.

Dated : February 8, 2008             John D. Patten Esq.
       New York, New York            30 Vesey Street
                                              New York, New York 10007
                                              (212) 962 1295