# QUINN & MELLEA, L.L.P.

ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603

TELEPHONE (914) 997-0555
FACSIMILE (914) 997-0550

ANDREW C. QUINN
PHILIP J. MELLEA
ROSA LUNA-MOLÉ*
BRUNO V. GIOFFRE, JR.*
ANTHONY J. DIFIORE**

* Member NY & NJ Bar
* Member NY, CT & FL Bar
** Member NY & CT Bar

CHRISTINA EANNIELLO
LEGAL ASSISTANT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

**MEMO ENDORSED**

April 4, 2008

*VIA FACSIMILE*

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Attention: James O'Neil, Esq.

> 4/4/08
> The Gov't consents to defendant's request and the Court grants the request.
> [signature]

Re: United States v. Anthony Rypka
Indictment No. 07 Cr. 980

Dear Honorable McMahon:

As you are aware, the undersigned represents Anthony Rypka in the above-referenced matter.

Please accept this correspondence as a request for a modification of Mr. Rypka's condition of pretrial release. On today's date, Mr. Rypka learned that his father suffered a serious heart condition and is presently being treated in a medical care facility in Long Island, New York. He seeks modification of his pretrial condition of release to allow him the opportunity to visit with father while he remains hospitalized. We have spoken with Mr. Rypka's Pretrial Services Officer, Cynthia Labrovic, who will oversee Mr. Rypka's visitation schedule and will monitor Mr. Rypka's visits with his father.

Additionally, I have attempted to contact AUSA Nicholas McQuaid, of the United States Attorney's Office. I am advised that he is not in his office today.

Mr. Rypka seeks an immediate modification of these conditions so as to allow him to visit his father. The severity of his father's medical condition necessitates this request.