# QUINN & MELLEA, L.L.P.

ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603

ANDREW C. QUINN
PHILIP J. MELLEA
ROSA LUNA-MOLÉ*
BRUNO V. GIOFFRE, JR.*
ANTHONY J. DIFIORE**

\* MEMBER NY & NJ BAR
\* MEMBER NY, CT & FL BAR
\*\* MEMBER NY & CT BAR

TELEPHONE (914) 997-0555
FACSIMILE (914) 997-0550

CHRISTINA EANNIELLO
LEGAL ASSISTANT

**MEMO ENDORSED**

May 23, 2008

*VIA FACSIMILE*

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Attention: James O'Neil, Esq.

5/27/08
So modified

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

Re: **United States v. Anthony Rypka**
    **Indictment No. 07 Cr. 980**

Dear Honorable McMahon:

As you are aware, the undersigned represents Anthony Rypka in the above-referenced matter.

Please accept this correspondence as a request for a modification of Mr. Rypka's conditions of pretrial release. It has come to our attention that Mr. Rypka's wife, Laura, is expecting a child and her estimated due date is June 3, 2008. As per Mrs. Rypka's doctor's instructions, she has been advised to not do any heavy lifting and no driving for two weeks after the delivery. *See attached letter from Dr. Bavaro.*

In light of the foregoing, Mr. Rypka seeks modification of his pretrial conditions of release to allow him the opportunity to:

1. Mr. Rypka may visit his wife while she is in the hospital with her younger children.
2. Mr. Rypka may bring his daughter to school and pick her up as his wife will be unable to drive.
3. Mr. Rypka may bring his new baby to any scheduled doctor's appointments or emergency.

4. Mr. Rypka may drive any of his other children to an emergency or regular doctor's appointments.
5. Mr. Rypka may be able to drive his wife and newborn baby from the hospital.
6. Mr. Rypka may be allowed some extra hours to complete household tasks, limited to two weeks after the birth.
7. Mr. Rypka may be allowed to pick up his daughter from school in case of any emergency (sick, school closure, etc.)

We have spoken with Mr. Rypka's Pretrial Services Officer, Cynthia Labrovic, who will oversee Mr. Rypka's schedule and will monitor Mr. Rypka's visits with his wife.

Additionally, we have discussed these modifications with AUSA Nicholas McQuaid, of the United States Attorney's Office and he has consented to same.

Thank you for your time and consideration of this request. Should you have any questions, please feel free to contact me.

Very truly yours,

Quinn & Mellea, LLP

*Andrew C. Quinn* /ce

Andrew C. Quinn, Esq.

ACQ:ce
Enclosure

cc: Anthony Rypka
AUSA Nicholas McQuaid, United States Attorney's Office (914) 993-9036
Cynthia Labrovic, Pretrial Services Officer